Joseph Pesicki, appellee, v. Joseph Lewandowski, appellant. Gen. No. 27,572.

Action for damage to plaintiff's automobile by collision with the automobile of defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed on remittitur; otherwise reversed and remanded. Opinion filed October 3, 1922.

Miller, Gorham, Wales & Noxon, for appellant. Victor Frohlich, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

A. C. Whitney, appellee, v. George H. Taylor, Jr., trading as George H. Taylor & Company, appellant. Gen. No. 27,594.

Action for commission upon the sale of corporate stock made for defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed October 3, 1922.

William A. Jennings, for appellant. Gustav E. Beerly, for appellee; Ellis S. Chesbrough, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

John H. Haskell, appellee, v. H. W. Elmore, trading as H. W. Elmore & Company, appellant. Gen. No. 27,616.

Action to recover a bonus or deferred commission on the sale of lots made by plaintiff while in defendant's employ. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed with finding of fact. Opinion filed October 3, 1922.

Cheney, Evans & Peterson, for appellant; Albert Peterson, of counsel. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Atchison, Topeka & Santa Fe Railway Company, appellee, v. North American Fruit Exchange, appellant. Gen. No. 27,270.

Action for a balance due for freight charges on a shipment of potatoes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed October 3, 1922.

John E. Van Natta, for appellant. Homer W. Davis, R. S. Outlaw and Thomas F. King, for appellee.

Mr. Justice Gridley delivered the opinion of the court.